# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0704

VERSUS

PETER CELESTINE

**AUGUST 16, 2021**

---

In Re:   Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06524.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** We have been advised by the judge's office that the district court plans to conduct a hearing on relator's *pro se* "Motion in Limine a Plea of Prescription," filed in docket number DC-19-06524, on the date of relator's trial.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT